FILED

2016 MAR 21 PM 12: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | M 16 00581 |
| Joshua Lee VORESS DEFENDANT(S). | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Homeland Security Investigations
in the Western District of Virginia on 3/18/16
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 841 and 846
to wit: _____

A warrant for defendant's arrest was issued by: Hon. Elizabeth K. Dillon

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 3-21-16, by
_Sandra Butler_ (SEAL), Deputy Clerk.

_[signature]_                              Jerre Harvard
Signature of Agent                          Print Name of Agent

DHS-HSI                                     Special Agent
Agency                                      Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT